AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| Tashary Perez | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No. |
| | ) |
| 222 Beekman Restaurant Inc. d/b/a Hudson Anchor Seafood & Grill, Gary Serina, Individually, and Anthony Doe, Individually, (the surname DOE being fictitious, as the true surname is presently unknown) | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  See Attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Phillips & Associates PLLC
45 Broadway, Suite 620
New York, NY, 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:    12/13/2018                /s/ P. Canales

                                                                _Signature of Clerk or Deputy Clerk_

## Defendants' Names and Addresses

**222 Beekman Restaurant Inc. d/b/a Hudson Anchor Seafood & Grill**
(Via Place of Business)
222 Beekman Ave
Sleepy Hollow, NY 10591

**Gary Serina**
(Via Place of Business)
222 Beekman Ave
Sleepy Hollow, NY 10591

**Anthony Doe, Individually, (the surname DOE being fictitious, as the true surname is presently unknown)**
(Via Place of Business)
222 Beekman Ave
Sleepy Hollow, NY 10591