TASHARY PEREZ

Plaintiff(s)

Index # 1:18-CV-11622-ALC

- against -

Purchased December 12, 2018

222 BEEKMAN RESTAURANT INC. D/B/A HUDSON ANCHOR SEAFOOD & GRILL, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 27, 2018 at 11:50 AM at

C/O 222 BEEKMAN RESTAURANT INC. D/B/A HUDSON ANCHOR SEAFOOD & GRILL
222 BEEKMAN AVENUE
SLEEPY HOLLOW, NY 10591

deponent served the within SUMMONS AND COMPLAINT on ANTHONY DOE, INDIVIDUALLY * therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to MELINDA KEARNS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 45 | 5'5 | 125 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O 222 BEEKMAN RESTAURANT INC. D/B/A HUDSON ANCHOR SEAFOOD & GRILL
222 BEEKMAN AVENUE
SLEEPY HOLLOW, NY 10591

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on January 9, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

PERSON SPOKEN TO REFUSED TO STATE TRUE LAST NAME.
*(THE SURNAME DOE BEING FICTITIOUS, AS THE TRUE SURNAME IS PRESENTLY UNKNOWN)

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 9, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

JONATHAN GRABER

Invoice #: 709245

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

TASHARY PEREZ

                                                      Plaintiff(s)

            - against -                                 Index # 1:18-CV-11622-ALC

222 BEEKMAN RESTAURANT INC. D/B/A HUDSON ANCHOR SEAFOOD &      Purchased December 12, 2018
GRILL, ETAL

                                                      Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 27, 2018 at 11:50 AM at

C/O 222 BEEKMAN RESTAURANT INC. D/B/A HUDSON ANCHOR SEAFOOD & GRILL
222 BEEKMAN AVENUE
SLEEPY HOLLOW, NY 10591

deponent served the within SUMMONS AND COMPLAINT on GARY SERINA, INDIVIDUALLY therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to MELINDA KEARNS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 45 | 5'5 | 125 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O 222 BEEKMAN RESTAURANT INC. D/B/A HUDSON ANCHOR SEAFOOD & GRILL
222 BEEKMAN AVENUE
SLEEPY HOLLOW, NY 10591

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on January 9, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 9, 2019

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **JONATHAN GRABER** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | Invoice #: 709245 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728    NYCDCA#1102045

TASHARY PEREZ

                                                  Plaintiff(s)

              - against -

Index # 1:18-CV-11622-ALC

222 BEEKMAN RESTAURANT INC. D/B/A HUDSON ANCHOR SEAFOOD & GRILL, ETAL

Purchased December 12, 2018

                                                  Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 27, 2018 at 11:50 AM at

C/O 222 BEEKMAN RESTAURANT INC. D/B/A HUDSON ANCHOR SEAFOOD & GRILL
222 BEEKMAN AVENUE
SLEEPY HOLLOW, NY10591

deponent served the within SUMMONS AND COMPLAINT on 222 BEEKMAN RESTAURANT INC. D/B/A HUDSON ANCHOR SEAFOOD & GRILL therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MELINDA KEARNS, GENERAL AGENT personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 45 | 5'5 | 125 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 9, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11,2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**JONATHAN GRABER**

Invoice #: 709245

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045