```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TASHARY PEREZ,

                            Plaintiff,                    18-CV-11622 (KHP)

        -against-                                         ORDER

222 BEEKMAN RESTAURANT INC.,
GARY SERINA, and ANTHONY DOE,

                            Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

In a hearing on July 25, 2019, this Court considered the parties' joint application to approve the parties' settlement pursuant to C*heeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016), to the extent it waives claims under the Fair Labor Standards Act. This Court approves the settlement for the reasons set forth on the record. In light of this, this action is dismissed with prejudice and without costs. The parties shall order a copy of the transcript.

The Clerk of the Court is respectfully requested to mark this matter closed.

**SO ORDERED.**

DATED:   New York, New York
         September 24, 2019

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2019